UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>                                Plaintiff(s),<br><br>     v.<br><br>DENNIS PRINCE, et al.,<br><br>                                Defendant(s). | Case No. 2:16-CV-2465 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Dennis Prince's motion for security of costs, pursuant to Nevada Revised Statute ("NRS") 18.130, against plaintiff Century Surety Company. (ECF No. 14).

"When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant . . . ." NRS 18.130.  Further, "[i]t is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Org.*, 2012 WL 925027 (D. Nev. 2012) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

Here, plaintiff states that it is "a foreign corporation domiciled in the State of Ohio." (ECF No. 1 at 2).  Plaintiff has also filed a notice indicating that it does not oppose the present motion. (ECF No. 15).  Therefore, this court finds that defendant properly invokes NRS 18.130.  Pursuant to that statute, plaintiff is to deposit $500.00 with the clerk of court for "costs and charges as may be awarded" in this case.  NRS 18.130.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for security of costs, (ECF No. 14) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff Century Surety Company shall post a cost bond
2  in the amount of $500.00 or make a cash deposit of $500.00 within seven (7) days of the entry of
3  this order.

DATED December 6, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -