LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
Megan H. Hummel (Bar No. 12401)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

Robert T. Eglet (Bar No. 3402)
Erica D. Entsminger (Bar No. 7432)
EGLET PRINCE
400 South Seventh Street, #400
Las Vegas, Nevada 89101
(702) 450-5400/FAX (702) 450-5451
eservice@egletlaw.com

*Attorneys for Defendant
Dennis Prince*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS PRINCE, GEORGE RANALLI, and SYLVIA ESPARZA,<br><br>Defendants. | Case No.: 2:16-cv-02465-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT DENNIS PRINCE'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660**<br><br>**(First Request)** |

Plaintiff Century Surety Company, and Defendant Dennis Prince, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Plaintiff Century Surety Company to respond to Defendant Dennis Prince's Special Motion to Dismiss Pursuant to NR 41.660, filed on December 5, 2016 (ECF No. 17), shall be extended until **January 5, 2017.** The current deadline is on December 22, 2016.

1

Pursuant to Local Rule IA 6-1, the parties state the reason for the extension is due to the need for additional time for coordination among Plaintiff's local and out-of-state counsel in view of the incoming holidays. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

DATED this 12th day of December, 2016.

CHRISTIAN KRAVITZ DICHTER, JOHNSON & SLUGA, LLC

   */s/ Martin J. Kravitz*
By: _____
   Martin J. Kravitz, Esq.
   8985 S. Eastern Avenue, Suite 200
   Las Vegas, NV 89123
   mkravitz@ksjattorneys.com

   Maria Louise Cousineau, Esq.
   COZEN O'CONNOR
   601 S. Figueroa Street, Suite 3700
   Los Angeles, CA 90017
   mcousineau@cozen.com

   J. Ric Gass, Esq.
   Michael B. Brennan, Esq.
   GASS WEBER MULLINS LLC
   309 North Water Street, 7th Flr.
   Milwaukee, WI 53202
   gass@gwmlaw.com
   brennan@gwmlaw.com
   *Attorneys for Plaintiff*
   *Century Surety Company*

Dated this 12th day of December, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

   */s/ Joseph P. Garin*
By: _____
   Joseph P. Garin, Esq.
   Megan H. Hummel, Esq.
   9900 Covington Cross Dr., Ste.120
   Las Vegas, Nevada 89144
   jgarin@lipsonneilson.com
   mhummel@lipsonneilson.com

   Robert T. Eglet (Bar No. 3402)
   Erica D. Entsminger (Bar No. 7432)
   EGLET PRINCE
   400 South Seventh Street, #400
   Las Vegas, Nevada 89101
   (702) 450-5400/FAX (702) 450-5451
   eservice@egletlaw.com
   *Attorneys for Defendant*
   *Dennis Prince*

**ORDER**

   IT IS SO ORDERED.

   DATED December 13, 2016.

_____
UNITED STATES DISTRICT JUDGE