UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>                              Plaintiff,<br>v.<br>DENNIS PRINCE, et al.,<br><br>                              Defendants. | Case No. 2:16-cv-02465-JCM-PAL<br><br>ORDER<br><br>(Mot Exceed Page Limits – ECF No. 16) |

Before the court is Defendant Dennis Prince's Motion to Exceed Page Limits Pursuant to LR 7-3 (ECF No. 16). Defendant Prince requests an additional 30 pages beyond that allowed by LR 7-4 to support his motion to dismiss stating "the immense factual and procedural history leading up to the instant matter" and "Defendant's position on Plaintiff's causes of action" make a much longer brief necessary because "[a]ny effort to condense arguments...will unreasonably dilute the arguments and prejudice Defendant."  Prince filed a 57-page motion to dismiss with 728 pages of supporting exhibits on December 5, 2016.  By contrast, co-defendant Esparza filed a 7-page motion to dismiss.  LR 7-4(b) allows 24 pages.  The court has preliminarily reviewed the 57-page motion to dismiss and is not at all satisfied that good cause exists for the additional pages requested.

**IT IS ORDERED** that Defendant Dennis Prince's Motion to Exceed Page Limits Pursuant to LR 7-3 (ECF No. 16) is **DENIED**.  Defendant Prince shall have until December 16, 2016, to refile his motion to dismiss within the page limitation allowed by LR 7-4(b).

DATED this 13th day of December, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE