**COZEN O'CONNOR**
Maria Louise Cousineau (SBN 002876)
*maria.cousineau@cozen.com*
601 S. Figueroa Street, Suite 3700
Los Angeles, CA  90017
Telephone: (213) 892-7900
Facsimile:  (213) 892-7999

**GASS WEBER MULLINS LLC**
J. Ric Gass (Admitted *pro hac vice*)
*gass@gwmlaw.com*
Michael B. Brennan (Admitted *pro hac vice*)
*brennan@gwmlaw.com*
309 North Water Street
Milwaukee, Wisconsin  53202
Telephone: (414)223-3300
Facsimile:  (414)224-6116

**CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC**
Martin J. Kravitz
*mkravitz@ksjattorneys.com*
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile:  (702)  992-1000
*Attorneys for Plaintiff*
*CENTURY SURETY COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation;<br><br>   Plaintiffs,<br><br>v.<br><br>DENNIS PRINCE, GEORGE RANALLI, and SYLVIA ESPARZA,<br><br>   Defendants. | Case No.: 2:16-cv-02465-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT SYLVIA ESPARZA'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Century Surety Company, and Defendant, Sylvia Esparza, by and through their respective counsel, hereby agree and stipulate as follows:

1

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Plaintiff Century Surety Company to respond to Defendant Sylvia Esparza Motion to Dismiss filed on December 5, 2016 (ECF No. 18), shall be extended until **January 5, 2017.** The current deadline is December 22, 2016.

Pursuant to Local Rule IA 6-1, the parties state the reason for the extension is due to the need for additional time for coordination among Plaintiff's local and out-of-state counsel in view of the incoming holidays. The parties have entered into the agreement in good faith and not for the purposes of deadline. This is the parties' first request for an extension.

Dated: December 12, 2016

CHRISTIAN KRAVITZ DICHTER & SLUGA

By: /s/ *Martin J. Kravitz*
Martin J. Kravitz, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
mkravitz@ksjattorneys.com

Maria Louise Cousineau, Esq.
COZEN & O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
mcousineau@cozen.com

J. Ric Gass, Esq.
Michael B. Brennan, Esq.
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, Wisconsin 53202
gass@mwmlaw.com
brennan@mwmlaw.com
Attorneys for Plaintiff
CENTURY SURETY COMPANY

DATED: December 12, 2016

MATTHEW L. SHARP, LTD.

/s/ Matthew L. Sharp, Esq.
_____
Matthew L. Sharp, Esq.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com
Attorneys for Defendant,
Sylvia Esparza

ORDER

IT IS SO ORDERED.

DATED December 15, 2016.

_____
UNITED STATES DISTRICT COURT

2