LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Joseph P. Garin (Bar No. 6653)
Megan H. Hummel (Bar No. 12401)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

Robert T. Eglet (Bar No. 3402)
Erica D. Entsminger (Bar No. 7432)
EGLET PRINCE
400 South Seventh Street, #400
Las Vegas, Nevada 89101
(702) 450-5400/FAX (702) 450-5451
eservice@egletlaw.com

*Attorneys for Defendant*
*Dennis Prince*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation; | Case No.: 2:16-cv-02465-JCM-PAL |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT DENNIS PRINCE'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS 41.660** |
| v. | |
| DENNIS PRINCE, GEORGE RANALLI, and SYLVIA ESPARZA, | |
| Defendants. | **(First Request)** |

Plaintiff Century Surety Company, and Defendant Dennis Prince, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Dennis Prince to respond to Plaintiff Century Surety Company's Opposition to Defendant Dennis Prince's Special Motion to Dismiss Pursuant to NR 41.660, filed on January 5, 2017 (ECF No. 44), shall be extended until **January 19, 2017.** The current deadline is on January 12, 2017.

1

Pursuant to Local Rule IA 6-1, the parties state the reason for the extension is due to the need for additional time for coordination among Defendant's counsel. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' first request for an extension.

Dated this 10th day of January, 2017.

CHRISTIAN KRAVITZ DICHTER, JOHNSON & SLUGA, LLC

/s/ Martin J. Kravitz
By: _____
Martin J. Kravitz, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
mkravitz@ksjattorneys.com

Maria Louise Cousineau, Esq.
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
mcousineau@cozen.com

J. Ric Gass, Esq.
Michael B. Brennan, Esq.
GASS WEBER MULLINS LLC
309 North Water Street, 7th Flr.
Milwaukee, WI 53202
gass@gwmlaw.com
brennan@gwmlaw.com
*Attorneys for Plaintiff*
*Century Surety Company*

Dated this 10th day of January, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ Joseph P. Garin
By: _____
Joseph P. Garin, Esq.
Megan H. Hummel, Esq.
9900 Covington Cross Dr., Ste.120
Las Vegas, Nevada 89144
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

Robert T. Eglet (Bar No. 3402)
Erica D. Entsminger (Bar No. 7432)
EGLET PRINCE
400 South Seventh Street, #400
Las Vegas, Nevada 89101
(702) 450-5400/FAX (702) 450-5451
eservice@egletlaw.com
*Attorneys for Defendant*
*Dennis Prince*

**ORDER**

IT IS SO ORDERED.

DATED January 12, 2017.

_____
UNITED STATES DISTRICT JUDGE