STEVEN T. JAFFE
sjaffe@lawhjc.com
Nevada Bar No. 007035
RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

Attorney for Defendant,
George Ranalli

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS PRINCE, GEORGE RANALLI, and SLYVIA ESPARZA,<br><br>Defendants. | CASE NO. 2:16-CV-02465<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT RANALLI'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>**(First Request)** |

Defendant, George Ranalli ("Defendant Ranalli") and Plaintiff, Century Surety Company, by and through their respective attorneys of record, hereby stipulate that the deadline for Defendant Ranalli to file his Reply in Support of Motion to Dismiss Pursuant to FRCP 12(b)(6), filed on December 12, 2016 as ECF No. 26, currently due on January 12, 2017, is to be extended for one week, until January 19, 2017.

///

///

///

///

///

///

Pursuant to LR 6-1, this extension is the first extension requested. It is being requested as additional time is needed to provide an adequate response to Plaintiff's Opposition and in support of Defendant's Motion given the current scheduling conflict of Defendant Ranalli's counsel. This stipulation is entered into in good faith and not for purposes of delay.

DATED this 11th day of January, 2017.

By: */s/ Riley A. Clayton*

STEVEN T. JAFFE
Nevada Bar No. 007035
RILEY A. CLAYTON
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendant, George Ranalli

By: */s/ Martin J. Kravitz*

CHRISTIAN KRAVITZ DICHTER
JOHNSON & SLUGA, LLC
Martin J. Kravitz, Esq.
Mkravitz@KSJAttorneys.com
8985 S. Eastern Avenue, Suite 200

COZEN O'CONNOR
Maria Louise Cousineau, Esq.
mcousineau@cozen.com
601 S. Figueroa Street, Suite 7300
Los Angeles, CA 90017

GASS WEBER MULLINS, LLC
J. Ric Gass, Esq.
Gass@gwmlaw.com
Michael B. Brennan, Esq.
Brennan@gwmlaw.com
309 N. Water Street, 7th Floor
Milwaukee, WI 53202

Attorneys For Plaintiff, Century Surety Company

## ORDER

**IT IS SO ORDERED**.

DATED January 12, 2017.

_____
UNITED STATES DISTRICT JUDGE