Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

*Attorneys for Defendant Sylvia Esparza*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CENTURY SURETY COMPANY, a foreign corporation;<br><br>Plaintiff,<br>v.<br><br>DENNIS PRINCE, GEORGE RANALI, and SYLVIA ESPARZA,<br><br>Defendants. | CASE NO. 2-16-CV-02465-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT SYLVIA ESPARZA'S MOTION TO DISMISS**<br><br>**(First Request)** |
|---|---|

Plaintiff Century Surety Company, and Defendant Sylvia Esparza, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Sylvia Esparza to respond to Plaintiff Century Surety Company's Opposition to Defendant Sylvia Esparza's Motion to Dismiss, filed on January 5, 2017 (ECF No. 45), shall be extended until **January 19, 2017**. The current deadline is January 12, 2017.

Pursuant to Local Rule IA-6-1, the parties state the reason for the extension is due to the need for additional time for coordination among Defendants' counsel. The parties have entered

///
///
///
///
///
///
///

1

into this agreement in good faith and not for purposes of delay.  This is the parties' first request for an extension.

DATED this 11th day of January 2017.                    DATED this 11th day of January 2017.

**MATTHEW L. SHARP, LTD.**                          **GASS WEBER MULLINS, LLC**

   /s/ Matthew L. Sharp                                       /s/ J. Ric Gass
Matthew L. Sharp, Esq.                                       J. Ric Gass, Esq.
432 Ridge Street                                                  Michael B. Brennan, Esq.
Reno, NV 89501                                                  309 North Water Street, 7th Floor
Counsel for Defendant Sylvia Esparza          Milwaukee, WI 53202

Martin J. Kravitz, Esq.
CHRISTIAN KRAVITZ DICHTER
  JOHNSON & SLUGA, LLC
8985 S. Eastern Avenue, Ste. 200
Las Vegas, NV  89123

Maria Louise Cousineau, Esq.
COZEN O'CONNOR
601 S. Figueroa St., Ste. 3700
Los Angeles, CA  90017

Attorneys for Plaintiff, Century Surety Co.

### **ORDER**

IT IS SO ORDERED.

DATED January 13, 2017.

                                                  UNITED STATES DISTRICT JUDGE