LIPSON NEILSON P.C.
Joseph P. Garin (Bar No. 6653)
Megan H. Hummel (Bar No. 12401)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
mhummel@lipsonneilson.com

Robert T. Eglet, Esq.
Nevada Bar. No. 3402
Erica D. Entsminger, Esq.
Nevada Bar No. 7432
EGLET PRINCE
400 South Seventh Street, #400
Las Vegas, Nevada 89101
(702) 450-5400/FAX (702) 450-5451
eservice@egletlaw.com

Attorneys for Defendant
*Dennis Prince*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS PRINCE, GEORGE RANALLI, and SYLVIA ESPARZA,<br><br>Defendants. | Case No.: 2:16-cv-02465-JCM-PAL<br><br>**PROPOSED JUDGMENT FOR ATTORNEY'S FEES AND COSTS** |

On March 28, 2018, this Court granted Defendant Dennis Prince's ("Prince") motion for attorney's fees and costs. ECF No. 95. Based upon the findings of fact and conclusions of law set forth therein, judgment is hereby entered as follows:

(1) That Prince recover from Plaintiff Century Surety Company ("Century") the amount of Thirty-Five Thousand Seven Hundred and Twenty-Two Dollars and Zero Cents ($35,722.00) in attorney's fees; and

///

- 1 -

(2) That Prince recover from Century the amount of Fifteen Dollars and Sixty Cents ($15.60) in costs in the above-entitled action.

DATED this 18th day of April, 2018.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE