RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

Attorney for Defendant,
George Ranalli

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS PRINCE, GEORGE RANALLI, and SLYVIA ESPARZA,<br><br>Defendants. | CASE NO. 2:16-CV-02465-JCM-PAL<br><br>**JUDGMENT IN FAVOR OF DEFENDANT, GEORGE RANALLI** |

On March 28, 2018, this Court granted Defendant George Ranalli's Motion for Attorney's Fees and Costs (ECF No. 95). Based upon the findings of fact and conclusions of law set forth therein, judgment is hereby entered in the above-entitled action as follows:

(1) That Defendant, George Ranalli, recover from Plaintiff, Century Surety Company ("Century") the amount of Twenty Three Thousand Two Hundred Thirty Five Dollars and Zero Cents ($23,235.00) in attorneys' fees; and

(2) That Defendant, George Ranalli, recover from Century the amount of Twenty Three Dollars and Zero Cents ($23.00) in costs.

DATED this __18th__ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE