Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

*Attorneys for Defendant Sylvia Esparza*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTURY SURETY COMPANY, a foreign corporation;<br><br>Plaintiff,<br>v.<br><br>DENNIS PRINCE, GEORGE RANALI, and SYLVIA ESPARZA,<br><br>Defendants. | CASE NO. 2-16-CV-02465-JCM-PAL<br><br>**PROPOSED JUDGMENT FOR ATTORNEY'S FEES AND COSTS RE SYLVIA ESPARZA** |

On March 28, 2018, this Court granted Defendant Sylvia Esparza's ("Esparza") Motion for attorney's fees and costs [Docket 95]. Based upon the findings of fact and conclusions of law set forth therein, judgment is hereby entered as follows:

1. That Esparza recover from Plaintiff Century Surety Company the amount of Four Thousand, Two Hundred Dollars ($4,200.00) in attorney's fees; and

2. That Esparza recover from Plaintiff Century Surety Company the amount of Two Hundred Seventy-Eight Dollars and Seventy-Seven Cents ($278.77) in costs in the above-entitled action.

DATED this  19th   day of April 2018.

_____
UNITED STATES DISTRICT JUDGE